UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

JEREMIAH WAYNE CUTLER,

        Petitioner,

v.

CONNIE HORTON,

        Respondent.

_____/

Case No. 2:17-cv-106

Honorable Paul L. Maloney

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that Petitioner's action be DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

Dated: October 31, 2017        /s/ Paul L. Maloney
                                               Paul L. Maloney
                                               United States District Judge